ACCEPTED
03-17-00365-cv
21564324
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/2/2018 5:18 PM
JEFFREY D. KYLE
CLERK

# BROTHERTON LAW FIRM

### ATTORNEYS AND COUNSELORS AT LAW

**2340 FM 407, SUITE 200**
**HIGHLAND VILLAGE, TEXAS 75077**
TELEPHONE: 972-317-8700
FACSIMILE: 972-317-0189

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

1/2/2018 5:18:28 PM

JEFFREY D. KYLE
Clerk

**SHAWN M. BROTHERTON**                                        shawn@brothertonlaw.com

January 2, 2018

Jeffrey D. Kyle, Clerk
Court of Appeals for the Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

RE:  Court of Appeals Number:  03-17-00365-CV
     Trial Court Case Number:  C-1-PB-16-002348

Dear Mr. Kyle:

On December 29, 2017, Appellees in the above-referenced case filed their *Response to Appellant's Motion for Leave to Amend Notice of Appeal*. We write to notify the Court that Appellant plans to reply and will do so no later than Friday, January 5, 2018.

If you have any questions, please do not hesitate to contact me.

Respectfully,

**Shawn M. Brotherton**

SMB/dj

**CERTIFICATE OF SERVICE**

On this 2nd day of January, 2018, I hereby certify that a true and correct copy of the foregoing response letter has been sent to all counsel of record pursuant to the Rules.

Amanda G. Taylor
Beck Redden LLP
515 Congress Avenue, Suite 1900
Austin, TX 78701

*Attorney for Appellees*

Craig Hopper
Brian T. Thompson
Claire D. East
400 W. 15th Street, Suite 408
Austin, TX 78701

*Attorneys for Third Party Defendants Linda Lou Marks Murray, individually; Charlene Rae Flesher Johnston; Charlotte Fae Flesher Ash; Sandra Kay Flesher Brown; Thomas Wayne Marks; James Berl Marks; Betty J. Webb; Patricia A. Chapman; Lisa A. Smith; Charles Bruce Roberts, Jr., Virginia Ann Roberts Villers; Randall Wayne Davis; Sherry Lynn Whited Salsbury; Terry Lee Whited; Michael Ray Whited; Donald Leaman Whited; and Connie Lou Keith Barry*

_____
Shawn M. Brotherton